### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SHARON LEE LAMBERT, as Administrator**
**of the Estate of RICHARD LEE LAMBERT,**

     **Plaintiff,**

**v.**                                  **Case No. 1:14-cv-224**

**THE UNITED STATES OF AMERICA,**

     **Defendant.**

### SUPPLEMENT TO THE PETITION FOR COURT
### APPROVAL OF WRONGFUL DEATH SETTLEMENT

NOW COMES the Plaintiff/Petitioner, Sharon Lee Lambert, Administrator of the Estate of Richard Lee Lambert, by counsel, Scott S. Segal, Esquire, Jason P. Foster, Esquire and The Segal Law Firm, L.C., and Samuel A. Hrko, Esquire and Bailey & Glasser, LLP, and hereby provides supplemental information in support of the previously filed Petition for Court Approval of Wrongful Death Settlement (Doc. No. 47).

To supplement the previously filed petition, Plaintiff submits the following documents:

1. VERIFICATION – executed by Sharon Lee Lambert, as Administrator of the Estate of Richard Lee Lambert (**EXHIBIT A);**

2. AFFIDAVIT – executed by Lisa Lee Kaiser (**EXHIBIT B);**

3. AFFIDAVIT – executed by Tina Lee Lambert (**EXHIBT C);**

4. AFFIDAVIT – executed by Diane Podorsky (**EXHIBIT D**); and

5. AFFIDAVIT – executed by Hilda Faye Lambert (**EXHIBIT E).**

Petitioner submits the Verification, attached hereto as Exhibit A, to affirm that all statements made in the previously filed Petition for Court Approval of Wrongful Death Settlement are true and correct to best of her knowledge and belief.

Additionally, all known persons that potentially have an interest in the distribution of proceeds pursuant to any settlement or verdict in this matter have been provided with notice of the settlement hearing currently scheduled for Wednesday, February 15, 2017, at 3:00 p.m., at the United States District Court, 500 West Pike Street, Clarksburg, West Virginia before the Honorable Irene M. Keeley, United States District Judge.  This Notice was provided by certified mail, return receipt requested and by Federal Express at the last known address of each individual.

Upon receipt of the aforementioned notice, Lisa Lee Lambert, Tina Lee Lambert, Diane Podorsky, and Hilda Faye Lambert executed the submitted affidavits indicating their consent to allowing 100% of all settlement proceeds pertaining to this action be distributed to the Petitioner/Plaintiff, Sharon Lee Lambert.

**WHEREFORE,** upon consideration of the pleadings and documents filed herein, representations and equities in this matter, and the applicable statutory provisions of the West Virginia Code, as amended, plaintiff respectfully requests approval by this Honorable Court of the settlement with Defendant.  Plaintiff further requests that from said distribution, attorneys' fees and costs contracted for by the Plaintiff in the above-referenced matter, be approved.

Plaintiff further requests that the proceeds of the civil action remaining thereafter shall be distributed as follows:  100% of the settlement with Defendant be disbursed to Sharon Lee Lambert, widow of Richard Lee Lambert.

2

**SHARON LEE LAMBERT, as the Administrator of the ESTATE OF RICHARD LEE LAMBERT,**

**Plaintiff,**

**By Counsel:**

/s/ Samuel A. Hrko
Samuel A. Hrko (WV Bar # 7727)
Bailey Glasser LLP
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
shrko@baileyglasser.com

and

Scott S. Segal, Esq. (WV Bar # 4717)
Jason P. Foster (WV Bar # 10593)
**THE SEGAL LAW FIRM**
A Legal Corporation
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Telephone: (304) 344-9100
Facsimile: (304) 344-9105
scott.segal@segal-law.com
jason.foster@segal-law.com

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**SHARON LEE LAMBERT, as Administrator
of the Estate of RICHARD LEE LAMBERT,**

**Plaintiff,**

**v.**                                                    **Case No. 1:14-cv-224**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**<u>CERTIFICATE OF SERVICE</u>**

I, Samuel A. Hrko, counsel for the Plaintiff, do hereby certify that on February 14, 2017,

I electronically filed the foregoing, *Supplement to the Petition for Court Approval of Wrongful*

*Death Settlement,* with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following:

Erin Carter Tison, Esquire                    Andrew M. Eschen, Esquire
U. S. Attorney's Office – Wheeling            Alan D. Mattioni, Esquire
P.O. Box 591                                  Department of Justice
Wheeling, WV  26003                           1425 New York Avenue, NW
erin.tison@usdoj.gov                          Washington, DC 20005
                                              Andy.Eschen@usdoj.gov
*Counsel for Defendant*                       Alan.Mattioni@usdoj.gov
*The United States of America*
                                              *Counsel for Defendant*
                                              *The United States of America*

Further, I hereby certify that I have mailed, by United States Postal Service, the

document to the following non-CM/ECF participants:

Lisa Lee Kaiser
1597 Derby Dr.
Beavercreek Township, OH  45385

Diane Podorsky
202 S. Riverside Dr.
Winamac, IN  46996

Tina Lee Lambert
638 North New Ballas Rd, Apt. 101
Creve Coeur, MO  63141

Hilda Faye Lambert
1375 Webb Gin House Road, Room 208
Lawrenceville, GA  30045

/s/ Samuel A. Hrko
Samuel A. Hrko (WV Bar # 7727)
Bailey Glasser LLP
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
shrko@baileyglasser.com